RECEIVED
IN LAKE CHARLES, LA.

MAR 18 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**JAMIE HALEY**                                     **CIVIL ACTION NO. 2:10-CV-1780**
                                                    **SECTION P**

**VS.**                                             **JUDGE PATRICIA MINALDI**

**CALCASIEU PARISH SHERIFF'S**        **MAGISTRATE JUDGE KATHLEEN KAY**
**PRISON, ET AL**

                                    **JUDGMENT**

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, these

findings and conclusions are accepted.  Alternatively, this court concludes that the proposed

findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's civil rights complaint be **DISMISSED** pursuant to

FRCP 41(b) and LR 41.3.

Lake Charles, Louisiana, on this ___13___ day of ____March____, 2013.

                                    PATRICIA MINALDI
                                    UNITED STATES DISTRICT JUDGE